**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRAD PAUL SMITH**                                                                         **PLAINTIFF**
**ADC #660448**

**v.**                          **CASE NO. 5:17-CV-00226 BSM**

**FRANKIE N. BROOKS**                                                               **DEFENDANT**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of October 2017.

_____
UNITED STATES DISTRICT JUDGE